IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPHFIELD HUDSON,

    Plaintiff,

v.

J. PENAFLOR,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-478-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant J. Penaflor granting his motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his available administrative remedies.

_____     3/21/11
Peter Oppeneer, Clerk of Court         Date